AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

George A. Gunter

V.

Anthony O. Cicero and John Lopez

**EXHIBIT AND WITNESS LIST**

Case Number: 3:16-cv-30183-MGM

| PRESIDING JUDGE<br>Mastroianni | PLAINTIFF'S ATTORNEY<br>Peter Slepchuk | DEFENDANT'S ATTORNEY<br>K.Coyle, K.Sheehan, J. Saint Laurent |
|---|---|---|
| TRIAL DATE(S)<br>10/29/18-10/31/18 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | A |  |  |  | Certified Copy of Docket No. 1023CR004062, dated 6/2/10 |
|  | B |  |  |  | Arrest Report and Police Narrative, dated 9/15/15 |
|  | C |  |  |  | Property Sheet, dated 9/15/15 |
|  | D |  |  |  | Property Receipt, dated 9/15/15 |
|  | E |  |  |  | (Certified) Weather Reports for Springfield, MA from 9/14/15-9/15/15 |
|  | F |  |  |  | Certified Copy of Docket No. 1523CR006546, dated 9/15/15 (page 2 excluded) |
|  |  |  |  |  |  |
|  | I |  |  |  | Booking photos (joint exhibit) |
|  |  |  |  |  |  |
|  |  |  |  |  | Officer Anthony Cicero |
|  |  |  |  |  | Officer John Lopez |
|  |  |  |  |  | Officer Scott Stelzer |
|  |  |  |  |  | Sergeant Philip McBride |
|  |  |  |  |  | Keeper of Records for the Hampden County Correction Center |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages