# United States District Court
# District of Massachusetts

| | |
|---|---|
| **GEORGE GUNTER**<br><br>                    Plaintiff<br><br>   v.<br><br>**ANTHONY O. CICERO and JOHN LOPEZ**<br><br>                   Defendants | CIVIL ACTION NO.: 3:16-CV-30183 |

### DEFENDANTS' EMERGENCY MOTION FOR AN ORDER THAT THE MASSACHUSETTS SUPERIOR COURT RELEASE A CERTIFIED COPY OF THE PLAINTIFF'S CONDITIONS OF PROBATION

NOW come the Defendants, Anthony O. Cicero and John Lopez (hereinafter "Defendants"), and move this Honorable Court for an order compelling the Hampden County Superior Court Clerk's Office to release a certified copy of the conditions of probation imposed upon the Plaintiff, George Gunter (hereinafter "Plaintiff"), on October 12, 2012.

As grounds for this motion the Defendants state:

1. The Plaintiff was on probation arising out of the October 12, 2012 order at the time of the events that form the basis of this action;

2. The Superior Court clerk's office has stated it will not release a certified copy of the conditions of probation without a court order;

3. The emergency motion is necessitated because the Defendants believed the order of probation, including the recitation of the conditions of probation, were a public record, and that such document could be obtained without a court order;

4. The conditions of probation are relevant to this action in that the Defendants believe the Plaintiff was under an order to remain drug and alcohol free, and by his own admission on the night in question he had used both alcohol and drugs (i.e. marijuana);

5. The fact of the conditions of probation gave the Plaintiff a reason to resist arrest, assault the police officers and flee the scene; and

6. There is no danger of unfair surprise or prejudice to the Plaintiff, since he has at all times been fully aware that he was on probation, and what the conditions of such probation were.

**RESPECTFULLY SUBMITTED,**

/s/ Kathleen E. Sheehan
Kathleen E. Sheehan, Esq. BBO#456910
1600 E. Columbus Ave., 2nd Floor
Springfield, MA 01103
Tel: (413) 787-6654
Fax: (413) 750-2363
Email: ksheehan@springfieldcityhall.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the within EMERGENCY Motion was this day served upon all counsel via the Federal Court's ECF Notice and delivery system to all parties.

**SIGNED under the pains and penalties of perjury.**

**Dated: October 29, 2018**          **/s/ Kathleen E. Sheehan**
                                     **Kathleen E. Sheehan, Esq.**